■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FLEMING, Appellant. [978 NYS2d 904]—

As the defendant correctly contends, he did not validly waive his right to appeal (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 256 [2006]) and, thus, review of his excessive sentence claim is not precluded. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PANAY GEORGIOU, Appellant. [979 NYS2d 544]—

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Lott and Miller, JJ., concur.